# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENA GUDIS, an individual, and JACQUELINE KLEIN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants, | Case No.: 2:26-cv-01932-MEMF-AJR<br><br>*Hon. Judge Maame Ewusi−Mensah Frimpong*<br><br>**ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: October 21, 2026

By:____________________________
Hon. Maame Ewusi–Mensah Frimpong
United States District Judge